IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **HEIDI NEZBEDA & DAVID NEZBEDA,**<br><br>**Plaintiffs,**<br><br>-v-<br><br>**CONNECT 1 RECOVERY, LLC, MVTRAC, LLC a/k/a MVCONNECT, LLC,**<br><br>**Defendants.** | Civil Case No: 4:24-cv-00003-WMR |

## STIPULATION OF DISMISSAL

Plaintiffs Heidi Nezbeda & David Nezbeda and Defendants Connect 1 Recovery, LLC, MVTrac, LLC a/k/a MVConnect, LLC ("The Parties"), by their undersigned counsel, hereby stipulate to a dismissal of all of Plaintiff's claims against all Defendants in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: December 19, 2025

| | |
|---|---|
| /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>PRO HAC VICE<br>Marcus & Zelman, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Telephone: (732) 695-3282<br>Email: yzelman@marcuszelman.com<br>*Attorney for Plaintiff*<br>*Heidi Nezbeda & David Nezbeda* | /s/ Parks Kalervo Stone<br>Parks Kalervo Stone, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>3348 Peachtree Road NE<br>Suite 1400<br>Atlanta, GA 30309<br>Telephone: (470) 419-6650<br>Email: parks.stone@wilsonelser.com<br>*Attorney for Defendants*<br>*Connect 1 Recovery, LLC*<br>*MVTrac, LLC a/k/a MVConnect, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed on December 19, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Yitzchak Zelman